UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| v. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering or Remaining in Restricted |
| | : | Building or Grounds) |
| MARK LEE RESCHKE, | : | |
| | : | 22 D.C. Code § 3302(b) |
| Defendant. | : | (Unlawful Entry Public Property) |
| | : | |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Resisting, or Impeding Certain |
| | : | Officers or Employees) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 24, 2019, in the District of Columbia, the defendant, **MARK LEE RESCHKE**, did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 24, 2019, in the District of Columbia, the defendant, **MARK LEE RESCHKE**, without lawful authority, did enter and attempt to enter certain public property, that

is, The White House Complex and Grounds, against the will of United States Secret Service Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**), in violation of 22 D.C. Code, Section 3302(b))

### COUNT THREE

On or about January 24, 2019, in the District of Columbia, the defendant, **MARK LEE RESCHKE**, did forcibly resist, oppose, impede, intimidate, and interfere with Officers Arce-Morales and Nathanson, uniformed officers of the United States Secret Service, an agency in the Executive Branch of the United States Government, while those officers were engaged in or on account of the performance of their official duties.

(**Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1) (simple assault))

By:

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

KAREN P. SEIFERT
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
N.Y. Bar No. 4742342
karen.seifert@usdoj.gov